IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL R. ALLSTEAD,

    Petitioner,                    No. CIV-S-06-0005 MCE KJM P

    vs.

JEANNE S. WOODFORD, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Respondents have requested an extension of time to file a response to petitioner's application for writ of habeas corpus pursuant to the court's order of November 21, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondents' January 18, 2007 request for an extension of time is granted; and

        2. Respondents are granted thirty days from the date of this order in which to file their response to petitioner's application for writ of habeas corpus. Petitioner's traverse shall be filed thirty days thereafter.

DATED: February 9, 2007.

_____
U.S. MAGISTRATE JUDGE

1
alls0005.111