1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL R. ALLSTEAD,

11           Petitioner,                    No. CIV-S-06-0005 MCE KJM P

12       vs.

13   JEANNE S. WOODFORD, et al.,

14           Respondents.              ORDER

15   _____/

16           Respondents have requested an extension of time to file an answer.  Good cause

17   appearing, IT IS HEREBY ORDERED that:

18           1.  Respondents' March 8, 2007  request for an extension of time is granted; and

19           2.  Respondents' April 9, 2007 answer is deemed timely.  Petitioner's traverse

20   shall be filed within thirty days.

21   DATED:  April 24, 2007.

22

23                                        _____
                                          U.S. MAGISTRATE JUDGE

24   1
     alls0005.111

25

26