IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael R. Allstead,<br><br>        Petitioner,<br><br>v.<br><br>Jeanne S. Woodford, et al.,<br><br>        Respondents. | No. Civ-S-06-0005 RCT   P<br><br><br>**JUDGMENT** |

Today this Court issued its Memorandum Decision and Order disposing of this case in its entirety. Accordingly, judgment is hereby entered in favor of Respondents, Petitioner shall take nothing, and the case is dismissed with prejudice.

DATED this 12th day of December, 2008, at Seattle, Washington.

*/s/ Richard C. Tallman*
RICHARD C. TALLMAN
United States Circuit Judge
Sitting by designation

ORDER - 1